FILED
February 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                               )      Case No. 2:08-mj-49 KJM
        Plaintiff, )
v. )      ORDER FOR RELEASE
                                             )      OF PERSON IN CUSTODY
Aaron Bodenschatz, )
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Aaron Bodenschatz   Case 2:08-mj-49 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000, co-signed by defendant's parents.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision:

Issued at   Sacramento, CA   on 2/12/08   at 2:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge