```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  Jill M. Thomas
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | S-08-mj-0049 KJM |
| ) | S-08-mj-0050 KJM |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| Aaron J. Bodenschatz, and ) | |
| Steven Correa ) | Date: March 20, 2008 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for March 20, 2008, and extending through April 17, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the Defendant consents to an extension of the time for preliminary examination until April 17, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition

1

and conduct investigation.

Counsel for the defendant have talked to their respective clients in this case, and represent that they have consented to this continuance and exclusion of time, agreeing that the interests of justice are furthered thereby.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. § 3161(h)(8)(B)(iv), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until April 17, 2008, or such other future time as any party may request a hearing for a purpose other than preliminary examination.

**IT IS SO STIPULATED.**

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: March 14, 2008      By:   /s/ Jill Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

///

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| DATED: March 14, 2008 | By: | /s/ Thomas Johnson |
| | | THOMAS JOHNSON |
| | | Attorney for Defendant |
| | | AARON J. BODENSCHATZ |
| DATED: March 14, 2008 | By: | /s/ Mark Reichel |
| | | MARK REICHEL |
| | | Attorney for Defendant |
| | | STEVEN CORREA |

**IT IS SO ORDERED.**

DATED: March 17, 2008.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE