MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
STEVE CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08 mj 49 KJM |
| --- | --- | --- |
| Plaintiff, | ) | 2:08 mj 50 KJM |
| v. | ) | **STIPULATION OF THE PARTIES TO Continue; Order thereon** |
| | ) | Date: May 29, 2008 |
| STEVE CORREA, AARON J. BODENSCHATZ. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Gregory G. Hollows |
| Defendants. | | |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the Preliminary Examination scheduled for April 17, 2008, and extending through May 29, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the Defendants consent to an extension of the time for preliminary examination until May 29 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so

that the parties can discuss a proposed disposition and conduct investigation. Counsel for the defendants have talked to their respective clients in this case, and represent that they have consented to this continuance and exclusion of time, agreeing that the interests of justice are furthered thereby.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. § 3161(h)(8)(B)(iv), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until May 29, 2008, or such other future time as any party may request a hearing for a purpose other than preliminary examination.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: April 16 2008 | By: /s/ Jill Thomas |
|  | JILL THOMAS<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| DATED: April 16, 2008 | By: /s/ Thomas Johnson |
|  | THOMAS JOHNSON<br>Attorney for Defendant<br>AARON J. BODENSCHATZ |
| DATED: April 16, 2008 | By: /s/ Mark Reichel |
|  | MARK REICHEL<br>Attorney for Defendant<br>STEVEN CORREA |

IT IS SO ORDERED.

DATED: April 16, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE