1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, #91413
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TANYA MARLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0224 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| AARON BODENSHATZ, ) | |
| TANYA MARLIN, ) | Date: June 24, 2008 |
| ) | Time: 9:30 a.m |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED BY AND AMONG THE GOVERNMENT AND THE TWO ABOVE NAMED DEFENDANTS** that the Status Conference scheduled for June 24, 2008 be vacated and the matter re-calendared for July 1, 2008, for entry of waiver of indictment and change of plea, and **FURTHER STIPULATING** that time beginning June 24, 2008, and extending through July 1, 2008 be excluded from time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4. The above named parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

The above named parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy

filing of an indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d).

**IT IS SO STIPULATED**.

DATE: June 23, 2008           /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for TANYA MARLIN


DATE: June 23, 2008           /s/Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for AARON BODENSHATZ


DATE: June 23, 2008           McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Jill Thomas
                              JILL THOMAS
                              Assistant U.S. Attorney


**O R D E R**


**IT IS SO ORDERED.**

                By the Court,


DATE:  June 23, 2008

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT