THOMAS A. JOHNSON, #119203
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Defendant Aaron Bodenschatz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON BODENSCHATZ, <br><br> Defendant | Case No.: CR-S-08-224 LKK <br><br> STIPULATION AND ORDER RE SELF-SURRENDER DATE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Aaron Bodenschatz surrender to the United States Marshall to begin serving a 25 month prison term on October 15, 2009 at 12:00 p.m.

**IT IS SO STIPULATED.**

DATE: March 10, 2009                            /s/ Thomas Johnson_____
                                                THOMAS JOHNSON
                                                Attorney for Defendant
                                                AARON BODERSCHATZ

//
//
//
//
//

STIPULATION AND ORDER        - 1 -

| | | |
|---|---|---|
| DATE: March 10, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | /s/ Jill Thomas<br>JILL THOMAS<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: March 10, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT