UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CR. S-08-224 LKK

    Plaintiff,

 v.                           O R D E R

AARON BODENSCHATZ,

    Defendant.
_____/

    Defendant moves for a reduced sentence. The motion is DENIED.

    IT IS SO ORDERED.

    DATED: March 30, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1